United States District Court
Northern District of New York

| | | |
|---|---|---|
| ERIC P. CLARK, | ) | Case 6:23-cv-00837-TWD |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| *Defendant*. | ) | |

## Stipulation and Order for Remand

The parties stipulate that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings. The parties agree that on remand, the Commissioner will offer the plaintiff the opportunity for a new hearing, take further action as necessary to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

MARTIN O'MALLEY

By His Attorneys,

Carla B. Freedman,
United States Attorney

*/s/ Shannon Fishel*
Shannon Fishel
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(404) 562-1076
Shannon.Fishel@ssa.gov

Eric P. Clark,

By His Attorney,

Peter W Antonowicz

*/s/ Peter W Antonowicz*
Peter Antonowicz
Attorney for Plaintiff
148 W. Dominick Street
Rome, NY 13440
(315) 337-4008
peter@disabilitya-z.com

IT IS SO ORDERED:

Thérèse Wiley Dancks
U.S. Magistrate Judge

Dated: 2/29/2024