# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Eric P. Clark**
      Plaintiff(s)

  vs.                            **CASE NUMBER: 6:23-cv-837 (TWD)**

**Commissioner of Social Security**
      Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON STIPULATION TO REMAND pursuant to the fourth sentence of 42 U.S.C. § 405(g)re 16 Stipulation filed by Commissioner of Social Security. The Commissioners final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings. The parties agree that on remand, the Commissioner will offer the plaintiff the opportunity for a new hearing, take further action as necessary to complete the administrative record, and issue a new decision.

All of the above pursuant to the order of the Honorable **Thérèse Wiley Dancks**, dated February 29, 2024.

DATED: February 29, 2024

_____
Clerk of Court

                          s/Kathy Rogers
                          Deputy Clerk